UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **April 11, 2025** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person   ☐ Video Conference   ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-5808 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Rivera et al v. Powrui LLC et al |
| **FOR PLAINTIFF(S):** | Steven Lester |
| **FOR DEFENDANT(S):** | Edward H. Rice |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 12:03-12:17, via Zoom |

### RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for all sides present.

For the reasons stated on the record, Letter Motion (DE [78]) DENIED WITHOUT PREJUDICE. By **5/9/2025**, the parties shall submit either (1) a Joint Letter notifying the Court that discovery is complete, or (2) a renewed <u>FINAL</u> discovery motion in a Joint Letter Motion that complies with the undersigned's Individual Practice Rule IV.D.

<u>SO ORDERED</u>

<u>/s/ Lee G. Dunst</u>
LEE G. DUNST
United States Magistrate Judge